FILED
CLERK, U.S. DISTRICT COURT

JAN - 6 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    IV   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: CR12-175-DDP
    Plaintiff,             )
                           )  ORDER OF DETENTION PENDING
  v.                       )  FURTHER REVOCATION
                           )  PROCEEDINGS
Nelson Hernandez,          )  (FED. R. CRIM. P. 32.1(a)(6); 18
    Defendant.             )  U.S.C. § 3143(a)(1))
                           )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    ( )   other: _____

1

and/ or

B. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation
    (X)  information in the violation petition and report(s)
    (X)  the defendant's nonobjection to detention at this time
    ( )  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 6, 2016

_____
SHERI PYM
United States Magistrate Judge